**Order entered April 10, 2013**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-12-01519-CR

**DERRICK BRYAN ALLEN, Appellant**

**V.**

**THE STATE OF TEXAS, Appellee**

**On Appeal from the 380th Judicial District Court**
**Collin County, Texas**
**Trial Court Cause No. 380-82591-2011**

## ORDER

The Court **REINSTATES** the appeal.

On March 25, 2013, we ordered the trial court to make findings of fact regarding why the reporter's record had not been filed. On April 2, 2013 we received the reporter's record and on April 4, 2013, we received the exhibits. Therefore, in the interest of expediting the appeal, we **VACATE** the March 25, 2013 order requiring findings.

Appellant's brief is due within thirty days of the date of this order.

/s/     CAROLYN WRIGHT
           CHIEF JUSTICE